IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York corporation,

Plaintiff,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut corporation,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Stipulated Motion to Modify Scheduling Order**, filed October 18, 2005, is GRANTED, and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **December 22, 2005** |
| Dispositive Motion Deadline: | **January 6, 2006** |

DATED:  October 19, 2005.