IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York corporation,

Plaintiff,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** (the "Motion"), filed on December 20, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **February 6, 2006**; |
| Dispositive Motion Deadline: | **February 21, 2006**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for January 17, 2006, is **vacated and reset to April 17, 20065, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 10, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  December 21, 2005.