IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York corporation,

Plaintiff,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order and Permit Additional Two (2) Days for Discovery** (the "Motion"), filed on January 30, 2006.

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including February 8, 2006, for the sole purpose to accommodate the scheduled deposition of Richard Laugesen.


DATED:  January 31, 2006.