IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation,

     Plaintiffs,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut Corporation,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Unopposed Motion for Extension of Time to File Dispositive Motions, filed February 21, 2006, is **GRANTED.**  The parties shall have to and including **Thursday, March 2, 2006**, to file dispositive motions.  Responses to those dispositive motions shall be due thirty-five (35) days after such motions are filed.

     However, Defendant's Second Motion for Summary Judgement, filed February 21, 2006, is **STRICKEN** with leave to refile.  Defendant may file a single summary judgment motion on or before March 2, 2006, that complies with this Court's Hearing, Conference and Trial Procedures.  The exhibits previously filed need not be resubmitted.

     The Court's Hearing, Conference and Trial Procedures contemplate the filing of a single summary judgment motion as to all issues on which the filing party seeks summary judgment, rather than multiple motions for partial summary judgment.

     Dated:  February 22, 2006

                        s/ Michelle M. Merz
                        Law Clerk to
                        Wiley Y. Daniel
                        U. S. District Judge