IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York corporation,

Plaintiff,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Defendant's Motion for Permission to Take the Video Deposition of Witness William Attwooll for Trial Preservation Purposes** [docket no. 136, filed September 27, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  September 29, 2006.