IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation,

　　Plaintiffs,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut Corporation,

　　Defendant.

---

## **ORDER**
---

　　THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Vacate Court's Orders of July 28, 2006 and April 18, 2007, filed July 5, 2007 (docket #173). The parties state that they have settled this case and anticipate filing a stipulation for dismissal.  The parties further state that part of the consideration for their settlement agreement includes this request that I vacate my rulings denying Defendant's second motion for summary judgment and motion for reconsideration.  Because I wish to facilitate the parties' out of court settlement of this matter, the motion is reluctantly **GRANTED**.  However, should the parties fail to file a stipulation for dismissal of this case, the Orders shall be reinstated.  Therefore, it is hereby

　　ORDERED that Order on Defendant Westport Insurance Corporation's Second Motion for Summary Judgment entered July 28, 2007 (docket #128) is hereby **VACATED AND WITHDRAWN**.  It is

　　FURTHER ORDERED that the Order on Defendant Westport Insurance

Corporation's Motion for Reconsideration entered April 18, 2007 (docket #154) is hereby **VACATED AND WITHDRAWN**.  It is

FURTHER ORDERED that the parties shall file a stipulation for dismissal on or before **Monday, July 16, 2007**.

Dated:  July 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge