IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01856-WYD-BNB

LIBERTY INSURANCE UNDERWRITERS, INC., a New York Corporation,

    Plaintiffs,

v.

WESTPORT INSURANCE CORPORATION, a Connecticut Corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed by the parties on July 16, 2007 (docket #176).  Upon review of the stipulation and the file herein, it is hereby ORDERED that this case is **DISMISSED WITH PREJUDICE**, with all parties to bear their own attorney fees and costs.

Dated:  July 16, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge